LAURA GOLDBERG, an Infant, by SAM GOLDBERG, her Guardian ad Litem, et al., Respondents, *v.* ABE FRANKEL, Appellant, and EMILE SCHMITT et al., Defendants.

Submitted October 10, 1944; decided November 16, 1944.

*William L. Shumate* for appellant.
*Louis L. Dickman* and *Moses Kaplan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.